| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>FELDMAN, MARTIN L.C. | 2. Court or Organization<br><br>EASTERN DISTRICT OF LOUISIANA | 3. Date of Report<br><br>06/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Active U S DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ✓ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>500 POYDRAS STREET, Rm. 555<br>NEW ORLEANS, LA 70130-3313 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 JUN 16 A 10: 36 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/09/2007 | Rollover IRA Required Minimum Distriubtion | $ 15,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Princeton University | April 12-13, 2007 | Princeton, NJ | Speaker - Madison Program | Transportation, lodging and meals paid. |
| 2. | Princeton University | June 1-2, 2007 | Princeton, NJ | Lecture - Madison Program | Hotel and airfare paid. |
| 3. | University of Zurich | June 9-14, 2007 | Zurich, Switerland | Lecture - Law School | Transportation, lodging and meals paid. |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 0Home Life Ins. Co. | | None | K | T | | | | | |
| 2. Morgan Keegan & Co. | A | Interest | J | T | | | | | |
| 3. Newell Rubbermaid | D | Dividend | J | T | | | | | |
| 4. FHLMC | D | Interest | J | T | | | | | |
| 5. FHLMC | D | Interest | J | T | | | | | |
| 6. FHLMC | D | Interest | J | T | | | | | |
| 7. General Electric | D | Dividend | | | sold | 8/29 | J | A | |
| 8. Citizens Communications | C | Dividend | J | T | | | | | |
| 9. RMK Select Hi Income | B | Dividend | J | T | | | | | |
| 10. RMK Strategic Income | A | Dividend | J | T | | | | | |
| 11. Bank of America | D | Dividend | | | acquired | 6/2 | J | | |
| 12. | | | | | sold | 3/02 | J | B | |
| 13. Eaton Vance | D | Dividend | | | acquired | 6/7 | J | | |
| 14. | | | | | sold | 7/19 | J | C | |
| 15. AM Funds Capital | D | Dividend | | | acquired | 6/7 | J | | |
| 16. | | | | | sold | 11/19 | K | D | |
| 17. Panhandle Eastern | D | Interest | | | acquired | 7/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | sold | 7/15 | J | A | |
| 19. Pride International | D | Dividend | | | acquired | 7/2 | J | | |
| 20. | | | | | sold | 7/15 | J | A | |
| 21. UTS Municipal Inc. Trust | B | Interest | | | acquired | /90 | K | | |
| 22. | | | | | sold | 7/15 | J | A | |
| 23. Health & Retirement Group now HRPT Properties | A | Dividend | J | T | | | | | |
| 24. U.S. Surgical Corp. | A | Interest | J | T | | | | | |
| 25. Fred Meyer, Inc. | A | Interest | K | T | | | | | |
| 26. Pulaski Co. | A | Interest | J | T | | | | | |
| 27. GNMA | A | Interest | J | T | | | | | |
| 28. GNMA | A | Interest | J | T | | | | | |
| 29. Ocean Energy Notes | B | Interest | K | T | | | | | |
| 30. AIM Basic Value Fund | A | Dividend | J | T | | | | | |
| 31. Colonial Bank | A | Interest | K | T | | | | | |
| 32. Transocean | A | Dividend | J | T | | | | | |
| 33. Infinity Proper. & Cas. | A | Dividend | J | T | | | | | |
| 34. NGP Capital Resources | D | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Corp. Income | D | Dividend | J | T | | | | | |
| 36. Dividend Capital | D | Dividend | J | T | | | | | |
| 37. FNMA | E | Interest | J | T | | | | | |
| 38. FHLMC | D | Interest | | | acquired | 4/6 | J | | |
| 39. | | | | | sold | 6/15 | J | A | |
| 40. FNMA | D | Interest | J | T | | | | | |
| 41. GNMA | D | Interest | J | T | | | | | |
| 42. Pimco Corp. | D | Dividend | J | T | | | | | |
| 43. Truststreet Prop. | D | Dividend | J | T | | | | | |
| 44. United Commercial Banks | D | Dividend | | | acquired | 7/12 | | | |
| 45. | | | | | sold | 6/13 | J | A | |
| 46. FNMA | D | Interest | J | T | | | | | |
| 47. RMK Select Intermediate | A | Dividend | J | T | | | | | |
| 48. Alliance Bernstein | A | Dividend | J | T | | | | | |
| 49. General Electric | D | Dividend | J | T | | | | | |
| 50. RMK Multi-Sector | D | Interest | | | acquired | 1/19 | J | | |
| 51. | | | | | sold | 3/05 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RMK Multi-Sector | D | Interest | | | acquired | 1/19 | J | | |
| 53. | | | | | sold | 3/05 | J | A | |
| 54. Watson Pharmaceuticals | D | Dividend | J | T | | | | | |
| 55. FHLMC | D | Interest | J | T | | | | | |
| 56. Quicksilver Resources | D | Dividend | J | T | | | | | |
| 57. FNMA | D | Interest | J | T | | | | | |
| 58. Hercules Offshore | D | Dividend | J | T | acquired | 4/28 | J | | |
| 59. | | | | | partial sold | 5/29 | J | A | |
| 60. Morgan Keegan Ideas #3 | B | Interest | | | acquired | 4/25 | J | | |
| 61. | | | | | sold | 6/1 | J | A | |
| 62. FNMA | B | Interest | J | T | | | | | |
| 63. FNMA | B | Interest | J | T | | | | | |
| 64. FHLMC | B | Interest | J | T | | | | | |
| 65. HCA, Inc. | B | Interest | J | T | | | | | |
| 66. Tyco International | B | Interest | J | T | | | | | |
| 67. PIMCO Corp. | B | Dividend | J | T | | | | | |
| 68. FHLMC | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 ≈$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. RMK Select | B | Dividend | J | T | acquired | 6/26 | J | | |
| 70. | | | | | sold partial | 07/24 | J | A | |
| 71. Citigroup | A | Dividend | J | T | | | | | |
| 72. GNMA | D | Interest | K | T | | | | | |
| 73. Toyota Motor Credit | A | Interest | | | acquired | 7/14 | K | | |
| 74. | | | | | sold | 11/26 | K | A | |
| 75. Helmerich & Payne | A | Dividend | | | acquired | 7/31 | J | | |
| 76. | | | | | sold | 04/26 | J | A | |
| 77. FHLMC | B | Interest | K | T | | | | | |
| 78. GNMA | B | Interest | K | T | | | | | |
| 79. FHLMC | B | Interest | J | T | | | | | |
| 80. Prospect Energy | B | Dividend | J | T | | | | | |
| 81. FHLMC | B | Interest | J | T | | | | | |
| 82. | | | | | sold partial | 06/15 | J | A | |
| 83. General Electric | D | Dividend | | | acquired | 8/29 | J | | |
| 84. | A | | | | sold | 1/19 | J | A | |
| 85. General Electric | A | Dividend | | | acquired | 10/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | sold | 1/19 | J | A | |
| 87. Endurance Specialty | A | Dividend | | | acquired | 9/21 | J | | |
| 88. | | | | | sold | 5/14 | J | A | |
| 89. Endurance Specialty | A | Dividend | | | acquired | 10/3 | J | | |
| 90. | | | | | sold | 5/14 | J | A | |
| 91. Twenty First Century | A | Dividend | | | acquired | 11/1 | J | | |
| 92. | | | | | sold | 11/01 | J | A | |
| 93. Appolo Investments | A | Dividend | J | T | | | | | |
| 94. Provident Energy | A | Dividend | J | T | | | | | |
| 95. Prospect Energy | A | Dividend | J | T | | | | | |
| 96. Peabody Energy Corp | A | Dividend | J | T | buy | 1/23 | J | | |
| 97. American Financial | A | Dividend | J | T | buy | 1/29 | J | | |
| 98. Blackrock FLTG Rate Inc. Strategies Fd II | D | Dividend | J | T | buy | 1/29 | J | | |
| 99. Triangle Capital Corp. | D | Dividend | J | T | buy | 2/14 | J | | |
| 100. Blackrock Ltd Duration Income Trust | D | Dividend | J | T | buy | 3/16 | J | | |
| 101. KBR Inc. | D | Dividend | | | buy | 3/20 | J | | |
| 102. | | | | | sold | 6/22 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Blackrock FLTG Rate Income Strategies Fd II | B | Dividend | K | T | buy | 4/02 | J | | |
| 104. Hubbell Inc. Cl B | A | Dividend | | T | buy | 4/26 | J | | |
| 105. | | | | | sold | 12/17 | J | A | |
| 106. FHLMC Series 3273 BD | A | Interest | J | T | buy | 6/05 | J | | |
| 107. GNMA Series 2006-10 JB | A | Interest | J | T | buy | 6/27 | J | | |
| 108. Rite Aid Corp Deb | A | Interest | | T | buy | 6/28 | J | | |
| 109. | | | | | sold | 10/;2 | J | A | |
| 110. Shoretel, Inc. | A | Dividend | J | T | buy | 7/03 | J | | |
| 111. Aspen Insurance Holdings | A | Dividend | | T | buy | 8/02 | J | | |
| 112. RMK Multi-Sector High Income Fd | A | Dividend | | T | buy | 8/17 | J | | |
| 113. Allis Chalmers Corp | A | Dividend | | T | buy | 9/11 | J | | |
| 114. Blackrock FLTG Rate Income Strategies Fd II | B | Dividend | J | T | buy | 9/11 | J | | |
| 115. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | buy | 9/11 | J | | |
| 116. CIT Group Inc. | A | Dividend | | | buy | 9/14 | J | | |
| 117. | | | | | sold | 11/05 | J | A | |
| 118. JP Mogran Chase | A | Dividend | J | T | buy | 9/14 | J | | |
| 119. RMK Advantage Income Fd | B | Dividend | J | T | buy | 9/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | partial sold | 10/12 | J | A | |
| 121. Halliburton Co. | A | Dividend | J | T | buy | 9/20 | J | | |
| 122. CIT Group Internotes | A | Interest | J | T | buy | 10/11 | J | | |
| 123. AAR Corp | A | Dividend | | T | buy | 10/30 | J | | |
| 124. | | | | | sold | 11/21 | J | A | |
| 125. Bank of America | A | Dividend | J | T | buy | 11/13 | J | | |
| 126. Smithfield Foods, Inc. | A | Interest | K | T | buy | 11/27 | K | | |
| 127. Blackrock Global FTG Rate Income Trust | B | Distribution | K | T | buy | 12/24 | J | | |
| 128. Rowan Companies | A | Dividend | | | buy | 2/06 | J | | |
| 129. | | | | | sold | 5/07 | J | B | |
| 130. RAIT Investment Trust - 1200 | A | Int./Div. | J | T | buy | 3/22 | J | | |
| 131. American Fin. Realty Trust | A | Int./Div. | | | buy | 4/11 | J | | |
| 132. | | | | | sold | 8/01 | J | A | |
| 133. FHLMC SER 3112 CL-KQ - 1200 | A | Interest | J | T | buy | 5/09 | J | | |
| 134. FNMA SER 2007-70 CA - 1200 | A | Interest | K | T | buy | 8/14 | K | | |
| 135. Blackrock Global FLTG Incom Trust - 1200 | A | Int./Div. | J | T | buy | 5/29 | J | | |
| 136. Pimco Strategic Global Govt Fd - 1200 | B | Dividend | J | T | buy | 5/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pengrowth Energy Trust | A | Distribution | J | T | buy | 1/15 | J | | |
| 138. Chase Bank | A | Interest | K | T | | | | | |
| 139. Morgan Keegan Money Market | B | Interest | K | T | | | | | |
| 140. Tyco Intl. | A | Dividend | J | T | buy | 6/08 | J | | |
| 141. RPC Inc. | A | Dividend | J | T | partial sale | 11/19 | J | A | |
| 142. Cymer Inc. | A | Dividend | | | buy | 7/19 | J | | |
| 143. | | | | | sold | 10/17 | J | | |
| 144. Marsh McClennan Companies Inc. | A | Dividend | J | T | partial sale | 11/19 | J | A | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, #131 -  Interest income went over threshold in 2007, so added this year.
#132 - Money Market generated more income in 2007 so added this year.

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544